UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALAN D. GOTT,

        Plaintiff,

vs.

WASHOE COUNTY SHERIFF'S DEPARTMENT,

        Defendant.

3:14-cv-00614-RCJ-WGC

**ORDER**

Plaintiff sued Defendant in this Court *in pro se* using a form civil rights complaint. (*See* Compl., ECF No. 1).  The Complaint contains minimal identifying information concerning the parties but no allegations or prayer for relief. (*See id.*).  On April 30, 2015, the Clerk warned Plaintiff that the Complaint would be dismissed without prejudice under Rule 4(m) if Plaintiff filed no proof of service on or before May 30, 2015.  Plaintiff has not complied.  On May 28, 2015, Plaintiff filed a waiver of service signed by Plaintiff himself, which of course is no evidence of waiver of service as to Defendant.  He also filed a motion requesting an indefinite extension of time to complete service but has made no attempt to show good cause for an extension, as required by the rule.

///

///

///

///

///

///

1

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Extension of Time (ECF No. 5) is DENIED.

IT IS FURTHER ORDERED that the case is DISMISSED without prejudice under Rule 4(m), and the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 9th day of June, 2015.

_____
ROBERT C. JONES
United States District Judge